**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GUANG CHEN,

          Plaintiff,

-vs-                             Case No.  2:09-cv-752-FtM-36SPC

DESOTO COUNTY, FLORIDA, a political
subdivision of the State of Florida, and
JASON GREEN, individually and as County
Planning Manager for DeSoto County, Florida,

          Defendants.
_____

**ORDER**

This matter comes before the Court on Defendant DeSoto County's Motion to Strike Plaintiff's Response to Defendant's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #59) filed on October 13, 2010.  Plaintiff filed his First Amended Complaint on September 9, 2010 (Doc. #49).  Defendant filed its Answer and Affirmative Defenses on September 20, 2010 (Doc. #51).  Thereafter on October 1, 2010, Plaintiff filed a Response to Defendant's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #54).  A response to an answer is not allowed under the Federal Rules and Plaintiff did not seek leave of Court to file such a pleading.  Therefore, the pleading is due to be striken.

Accordingly, it is now

**ORDERED:**

Defendant DeSoto County's Motion to Strike Plaintiff's Response to Defendant's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #59) is **GRANTED**.

Plaintiff's Response to Defendant's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #54) is hereby striken.

**DONE AND ORDERED** at Fort Myers, Florida, this ___20th___ day of October, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record