**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GUANG CHEN,

                Plaintiff,

-vs-                                          Case No.  2:09-cv-752-FtM-36SPC

DESOTO COUNTY, FLORIDA, a political
subdivision of the State of Florida, and
JASON GREEN, individually and as County
Planning Manager for DeSoto County, Florida,

                Defendants.

_____

**ORDER**

       This matter comes before the Court on Plaintiff's Second Motion to Compel Answers to

Discovery (Doc. #64) filed on October 25, 2010.  Also before the Court is Plaintiff's Motion Seeking

Court's Leave to File Plaintiff's Response to Defendant DeSoto County's Answer and Affirmative

Defenses to Plaintiff's First Amended Complaint and Plaintiff's Response to Defendant Jason

Green's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #65) filed

on October 25, 2010.

       Plaintiff's Second Motion to Compel is a duplicate of his First Motion to Compel (Doc. #53).

The Court granted the First Motion on October 25, 2010 (Doc. #63).  Thus, the Second Motion is

due to be denied as moot.  Plaintiff is cautioned that duplicative filings are not allowed.  Plaintiff's

motions will be ruled on by the Court in due course and if Plaintiff wishes to supplement a motion

he must move for leave of court to do so.

Plaintiff also moves for leave to file a response to the Defendants' Answer and Affirmative Defenses, alleging that the Defendants have misled this Court and "manufactured many false statements and defamation statements." The Court will not allow Plaintiff to file a response. Plaintiff may conduct discovery in order to gather evidence in support of his allegations and to refute Defendants' allegations. Plaintiff may then file a properly supported dispositive motion.

Accordingly, it is now

**ORDERED:**

Plaintiff's Second Motion to Compel Answers to Discovery (Doc. #64) is **DENIED**. Plaintiff's Motion Seeking Court's Leave to File Plaintiff's Response to Defendant DeSoto County's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint and Plaintiff's Response to Defendant Jason Green's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (Doc. #65) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___26th___ day of October, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record